JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. CV 11-01813 DSF (PLAx)<br><br>JUDGMENT FOR DEFENDANT AFTER COURT TRIAL |

　　　The Court having conducted a trial on the administrative record, having reviewed the evidence submitted by the parties that it deemed relevant, and having issued its Findings of Fact and Conclusions of Law After Court Trial on Administrative Record, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against Plaintiff and in favor of Defendants, that the Plaintiff take nothing, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/11/12

_____
Dale S. Fischer
United States District Judge